# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re: | § | Case No. 19-23570 |
|---|---|---|
| | § | |
| YUJIN, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Kimberly Husted, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,917,472.05 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $184,732.77 | | |

3) Total gross receipts of $2,102,204.82 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,102,204.82 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,801,947.55 | $3,745,505.28 | $3,745,505.28 | $1,914,701.16 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $262,428.81 | $184,732.77 | $184,732.77 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $35,724.45 | $31,289.09 | $2,486.04 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $985.91 | $985.91 | $284.85 |
| **Total Disbursements** | $1,801,947.55 | $4,044,644.45 | $3,962,513.05 | $2,102,204.82 |

4). This case was originally filed under chapter 7 on 06/03/2019. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/07/2021</u>　　　　　　　　By: <u>　/s/ Kimberly Husted　</u>
　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 420 Pioneer Ave Woodlawn CA 957764905 | 1110-000 | $2,102,204.82 |
| **TOTAL GROSS RECEIPTS** | | $2,102,204.82 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Pacific City Bank | 4110-000 | $1,410,000.00 | $1,438,636.80 | $1,438,636.80 | $0.00 |
| 4 | Riccor LLC | 4110-000 | $391,947.55 | $392,167.32 | $392,167.32 | $0.00 |
|  | Pacific City Bank payoff with interest through 12-24-19 | 4110-000 | $0.00 | $1,508,051.85 | $1,508,051.85 | $1,508,051.85 |
|  | Riccor LLC payoff to 11-22-19 | 4110-000 | $0.00 | $406,649.31 | $406,649.31 | $406,649.31 |
| **TOTAL SECURED CLAIMS** | | | $1,801,947.55 | $3,745,505.28 | $3,745,505.28 | $1,914,701.16 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kimberly Husted, Trustee | 2100-000 | NA | $87,210.00 | $9,513.96 | $9,513.96 |
| Kimberly Husted, Trustee | 2200-000 | NA | $3,215.15 | $3,215.15 | $3,215.15 |
| balance to Estate | 2500-000 | NA | $29,000.00 | $29,000.00 | $29,000.00 |
| Deed preperation | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Document prep Common Wealth Title | 2500-000 | NA | $150.00 | $150.00 | $150.00 |
| Escrow fee to Common Wealth Land title | 2500-000 | NA | $1,587.50 | $1,587.50 | $1,587.50 |
| Expense reimbursement to | 2500-000 | NA | $6,788.40 | $6,788.40 | $6,788.40 |

| | | | | | |
|---|---|---|---|---|---|
| Tranzon, approved by the court | | | | | |
| Fed Ex Fee to Title | 2500-000 | NA | $76.20 | $76.20 | $76.20 |
| Notary Fee | 2500-000 | NA | $150.00 | $150.00 | $150.00 |
| payoff processing to Common Wealth Title | 2500-000 | NA | $100.00 | $100.00 | $100.00 |
| Recording fee to Chicago Title | 2500-000 | NA | $80.00 | $80.00 | $80.00 |
| Title Insurance Chicago Title | 2500-000 | NA | $4,189.00 | $4,189.00 | $4,189.00 |
| First Half property taxes Yolo County | 2820-000 | NA | $620.90 | $620.90 | $620.90 |
| First Half unsecured property taxes Yolo County | 2820-000 | NA | $1,583.93 | $1,583.93 | $1,583.93 |
| Unsecured Yolo County property tax for 2018 plus penalty | 2820-000 | NA | $4,389.91 | $4,389.91 | $4,389.91 |
| Unsecured Yolo County property tax for 2019 plus penalty | 2820-000 | NA | $3,652.22 | $3,652.22 | $3,652.22 |
| Yolo County property tax for first half 2019 to 2020 | 2820-000 | NA | $13,963.45 | $13,963.45 | $13,963.45 |
| Yolo County transfer tax | 2820-000 | NA | $2,310.00 | $2,310.00 | $2,310.00 |
| Fees as Approved per order 85, Attorney for Trustee | 3210-000 | NA | $9,883.43 | $9,883.43 | $9,883.43 |
| Attorney for Trustee | 3220-000 | NA | $116.57 | $116.57 | $116.57 |
| Michael Gabrielson, Accountant for Trustee | 3410-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 |
| Real estate commission Coldwell Banker, Realtor for Trustee | 3510-000 | NA | $32,000.00 | $32,000.00 | $32,000.00 |
| Real estate commission Tranzon, Realtor for Trustee | 3510-000 | NA | $57,812.15 | $57,812.15 | $57,812.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $262,428.81 | $184,732.77 | $184,732.77 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $1,686.04 | $1,686.04 | $1,686.04 |
| 5 | Yolo County Dept of Financial Services | 5800-000 | $0.00 | $33,238.41 | $28,803.05 | $0.00 |
| 6 | Franchise Tax Board | 5800-000 | $0.00 | $800.00 | $800.00 | $800.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $35,724.45 | $31,289.09 | $2,486.04 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $100.00 | $100.00 | $28.89 |
| 2a | FRANCHISE TAX BOARD | 7100-000 | $0.00 | $885.91 | $885.91 | $255.96 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $985.91 | $985.91 | $284.85 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 19-23570-C-7 | Trustee Name: | Kimberly Husted |
|---|---|---|---|
| Case Name: | YUJIN, LLC | Date Filed (f) or Converted (c): | 06/03/2019 (f) |
| For the Period Ending: | 3/7/2021 | §341(a) Meeting Date: | 07/12/2019 |
| | | Claims Bar Date: | 10/15/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  420 Pioneer Ave Woodlawn CA 957764905 | $2,200,000.00 | $398,052.45 | | $2,102,204.82 | FA |

**TOTALS (Excluding unknown value)**

|   |   |   | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $2,200,000.00 | $398,052.45 | $2,102,204.82 | $0.00 |

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/08/2020 | Finally received the letter of Prompt determination from the IRS |
| 07/01/2020 | spoke with Yolo county accessor Evles, the claim #5, has been paid in full she will send a notice to remove it no later than 7-6-20 |
| 02/28/2020 | 60 days prompt determination starts |
| 02/03/2020 | Sale completed, tax returns and fee applications being prepared. |
| 10/22/2019 | Taxes for 2018 are prepared and ready to be mailed.  60 day Prompt determination letters will be sent tomorrow with the returns.  We anticipate the Estate will receive the sale proceeds in about 30 days and 2019 tax return will be prepared at that time.  Sale was confirmed by the court on 10/16/19 for $2.1M which will satisfy all liens and cost of sale, leaving a very small amount for administrative claims. |
| 09/09/2019 | Auction sale approved not later than 9/25/19 with minimum bid of $2.1M.  The first inspection to remain on 9/17 from 10-12, and we will hold the second inspection on 9/24 from 10-12. |

**Initial Projected Date Of Final Report (TFR):**   12/31/2020          **Current Projected Date Of Final Report (TFR):**

/s/ KIMBERLY HUSTED
KIMBERLY HUSTED

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 19-23570-C-7 | | Trustee Name: | Kimberly Husted |
|---|---|---|---|---|
| Case Name: | YUJIN, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3539 | | Checking Acct #: | ******3570 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/3/2019 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/7/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2019 | | Commonwealth Title | Closing on 420 Pioneer Ave, Woodland | * | $29,000.00 | | $29,000.00 |
| | {1} | | | $2,102,204.82 | 1110-000 | | $29,000.00 |
| | | | Riccor LLC payoff to 11-22-19 | $(406,649.31) | 4110-000 | | $29,000.00 |
| | | | Pacific City Bank payoff with interest through 12-24-19 | $(1,508,051.85) | 4110-000 | | $29,000.00 |
| | | | First Half property taxes Yolo County | $(620.90) | 2820-000 | | $29,000.00 |
| | | | First Half unsecured property taxes Yolo County | $(1,583.93) | 2820-000 | | $29,000.00 |
| | | | Real estate commission Coldwell Banker | $(32,000.00) | 3510-000 | | $29,000.00 |
| | | | Real estate commission Tranzon | $(57,812.15) | 3510-000 | | $29,000.00 |
| | | | Title Insurance Chicago Title | $(4,189.00) | 2500-000 | | $29,000.00 |
| | | | Escrow fee to Common Wealth Land title | $(1,587.50) | 2500-000 | | $29,000.00 |
| | | | Deed preperation | $(50.00) | 2500-000 | | $29,000.00 |
| | | | Fed Ex Fee to Title | $(76.20) | 2500-000 | | $29,000.00 |
| | | | Document prep Common Wealth Title | $(150.00) | 2500-000 | | $29,000.00 |
| | | | payoff processing to Common Wealth Title | $(100.00) | 2500-000 | | $29,000.00 |
| | | | Recording fee to Chicago Title | $(80.00) | 2500-000 | | $29,000.00 |
| | | | Yolo County transfer tax | $(2,310.00) | 2820-000 | | $29,000.00 |
| | | | Expense reimbursement to Tranzon, approved by the court | $(6,788.40) | 2500-000 | | $29,000.00 |
| | | | Notary Fee | $(150.00) | 2500-000 | | $29,000.00 |
| | | | Unsecured Yolo County property tax for 2018 plus penality | $(4,389.91) | 2820-000 | | $29,000.00 |
| | | | Unsecured Yolo County property tax for 2019 plus penality | $(3,652.22) | 2820-000 | | $29,000.00 |
| | | | Yolo County property tax for first half 2019 to 2020 | $(13,963.45) | 2820-000 | | $29,000.00 |
| | | | balance to Estate | $(29,000.00) | 2500-000 | | $29,000.00 |
| 04/05/2020 | 20001 | J. Russell Cunningham | Fees as Approved per order 85 | * | | $10,000.00 | $19,000.00 |
| | | | Fees as Approved per order 85 | $(9,883.43) | 3210-000 | | $19,000.00 |
| | | | | $(116.57) | 3220-000 | | $19,000.00 |
| | | | | SUBTOTALS | $29,000.00 | $10,000.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-23570-C-7 | |
| **Case Name:** | YUJIN, LLC | |
| **Primary Taxpayer ID #:** | **-***3539 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/3/2019 | |
| **For Period Ending:** | 3/7/2021 | |

| | |
|---|---|
| **Trustee Name:** | Kimberly Husted |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******3570 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/14/2020 | 20002 | Michael Gabrielson | Approved per order 90 | 3410-000 | | $3,500.00 | $15,500.00 |
| 12/10/2020 | 20003 | Kimberly Husted | Trustee Compensation | 2100-000 | | $9,513.96 | $5,986.04 |
| 12/10/2020 | 20004 | Kimberly Husted | Trustee Expenses | 2200-000 | | $3,215.15 | $2,770.89 |
| 12/10/2020 | 20005 | Internal Revenue Service | Claim #: 1; Distribution Dividend: 28.89; | 7100-000 | | $28.89 | $2,742.00 |
| 12/10/2020 | 20006 | FRANCHISE TAX BOARD | Claim #: 2; Distribution Dividend: 100.00; | 5800-000 | | $1,686.04 | $1,055.96 |
| 12/10/2020 | 20007 | FRANCHISE TAX BOARD | Claim #: 2; Distribution Dividend: 28.89; | 7100-000 | | $255.96 | $800.00 |
| 12/10/2020 | 20008 | Franchise Tax Board | Claim #: 6; Distribution Dividend: 100.00; | 5800-000 | | $800.00 | $0.00 |

| | | |
|---|---:|---:|
| **TOTALS:** | $29,000.00 | $29,000.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 |
| **Subtotal** | $29,000.00 | $29,000.00 |
| Less: Payments to debtors | $0.00 | $0.00 |
| **Net** | $29,000.00 | $29,000.00 |

Balance: $0.00

| For the period of 6/3/2019 to 3/7/2021 | | For the entire history of the account between 11/22/2019 to 3/7/2021 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $2,102,204.82 | Total Compensable Receipts: | $2,102,204.82 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,102,204.82 | Total Comp/Non Comp Receipts: | $2,102,204.82 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,102,204.82 | Total Compensable Disbursements: | $2,102,204.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,102,204.82 | Total Comp/Non Comp Disbursements: | $2,102,204.82 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 19-23570-C-7 | **Trustee Name:** | Kimberly Husted |
| **Case Name:** | YUJIN, LLC | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***3539 | **Checking Acct #:** | ******3570 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 6/3/2019 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/7/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $29,000.00 | $29,000.00 | $0.00 |

| For the period of 6/3/2019 to 3/7/2021 | | For the entire history of the case between 06/03/2019 to 3/7/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,102,204.82 | Total Compensable Receipts: | $2,102,204.82 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,102,204.82 | Total Comp/Non Comp Receipts: | $2,102,204.82 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,102,204.82 | Total Compensable Disbursements: | $2,102,204.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,102,204.82 | Total Comp/Non Comp Disbursements: | $2,102,204.82 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ KIMBERLY HUSTED

KIMBERLY HUSTED